No. 81–1437. NORTHERN STATES POWER CO. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari. ■

No. 81–1521. DAVIS *v.* UNITED AIR LINES, INC. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 81–1698. BATTAGLIA *v.* UNION COUNTY WELFARE BOARD ET AL. Sup. Ct. N. J. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 81–6110. PORTER *v.* TEXAS. Ct. Crim. App. Tex.;
No. 81–6205. BASS *v.* TEXAS. Ct. Crim. App. Tex.; and
No. 81–6352. HANCE *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Super. Ct. Ga., Butts County. Certiorari denied. Reported below: No. 81–6110, 623 S. W. 2d 374; No. 81–6205, 622 S. W. 2d 101.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–6680. MCELROY *v.* UNITED STATES, 455 U. S. 642;
No. 81–660. ADDISON SAVMOR, INC. *v.* UNITED STATES, 454 U. S. 1144;
No. 81–1116. O. HOMMEL CO. *v.* FERRO CORP., 455 U. S. 1017;
No. 81–1382. ATKINSON *v.* ATKINSON, AKA GOELZ, *ante,* p. 905; and
No. 81–6151. CUNNINGHAM *v.* GEORGIA, 455 U. S. 1038. Petitions for rehearing denied.